564 A.2d 157

**Appeal of Judith B. KAHLE, a member of the Police Force of the Township of Foster, County of McKean, State of Pennsylvania.**

**Appeal of Judith B. KAHLE.**

Supreme Court of Pennsylvania.

Argued Sept. 26, 1989.

Decided Oct. 6, 1989.

Walter Stenhach, Stenhach & Stenhach Law Offices, Coudersport, for appellant.

Richard W. Mutzabaugh, Robert L. Saunders, Mutzabaugh, Mutzabaugh, Saunders & Mattie, Bradford, for Tp. of Foster.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.